```
                                                              USDC SDNY
                                                              DOCUMENT
UNITED STATES DISTRICT COURT                                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                                 DOC #:_____
------------------------------------------------------------ X  DATE FILED: 03/22/2024
  UNITED STATES OF AMERICA                      :
                                                :
        -against-                               :             18-CR-282 (VEC)
                                                :
  YESSENIA JIMENEZ,                             :                ORDER
                                                :
                          Defendant.            :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 11, 2018, Ms. Jimenez was sentenced principally to a term of imprisonment of sixteen years, *see* J., Dkt. 897;

    WHEREAS on March 8, 2024, Defendant filed a motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the U.S. Sentencing Guidelines ("Amendment 821"), *see* Mot., Dkt. 287, which went into effect on November 1, 2023, and which applies retroactively; *see* U.S.S.G. §§ 1B1.10, 4A1.1(e), 4C1.1;

    WHEREAS on March 21, 2024, the United States Probation Department reported that Defendant is not eligible for a sentence reduction, *see* Probation Report, Dkt. 288; and

    WHEREAS the Court has considered the record in this case.

    IT IS HEREBY ORDERED that Defendant is ineligible for a sentence reduction pursuant to Amendment 821 because she did not receive an enhancement for committing the instant offenses while under a criminal justice sentence — precluding her from the status points reduction — and she used and carried a firearm in connection with the offenses — precluding her from the zero-point offender reduction, *see* Probation Rep., Dkt. 288.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the open motion at Dkt. 287 and to mail a copy of this Order to Yessenia Jimenez, Reg. No. 85450-054, FCI Marianna, 3625 FCI Road Marianna, FL 32446, and to note the mailing on the docket.

**SO ORDERED.**

**Dated: March 22, 2024**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**